UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**
Aug 02, 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION                MDL No. 2672

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −52)**

On December 8, 2015, the Panel transferred 56 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2015). Since that time, 846 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of December 8, 2015, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 01, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
by:_____
Deputy Clerk
Date: 01 August 2016

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION                          MDL No. 2672

## SCHEDULE CTO−52 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA SOUTHERN | | | |
| ALS | 1 | 16−00384 | Swanson et al v. Volkswagen Group of America, Inc. |
| ARIZONA | | | |
| AZ | 2 | 16−02381 | Sorensen v. Volkswagen Group of America Incorporated et al |
| AZ | 2 | 16−02385 | Ocedgueda−Harvey v. Volkswagen Group of America Incorporated et al |
| AZ | 2 | 16−02394 | Spohr v. Volkswagen Group of America Incorporated et al |
| AZ | 2 | 16−02395 | Probyn v. Volkswagen Group of America Incorporated et al |
| AZ | 2 | 16−02396 | Rowe v. Volkswagen Group of America Incorporated et al |
| AZ | 2 | 16−02398 | Theut v. Volkswagen Group of America Incorporated et al |
| AZ | 2 | 16−02400 | Smith et al v. Volkswagen Group of America Incorporated et al |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 16−04180 | Bruce Bates v. Volkswagen Group of America Inc et al |
| ~~CAC~~ | ~~2~~ | ~~16−05068~~ | ~~Steven Gryczman et al v. Volkswagen Group of America, Inc., et al~~ Opposed 7/26/16 |
| CAC | 2 | 16−05355 | William Dettman v. Volkswagen Group of America Inc et al |
| CAC | 5 | 16−01485 | Matthew O Donnell v. Volkswagen Group of America Inc et al |
| CAC | 8 | 16−01314 | Carol Teger v. Volkswagen Group of America, Inc. |
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 16−01620 | Bradburn v. Volkswagen Group of America, Inc. |
| LOUISIANA EASTERN | | | |

| | | | | |
|---|---|---|---|---|
| ~~LAE~~ | ~~2~~ | ~~16−12956~~ | ~~Abbasi v. Volkswagen Group of America, Inc. et al~~ | Opposed 7/28/16 |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 16−03801 | PARANZINO v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| PAE | 2 | 16−03802 | CIOS v. VOLKSWAGEN GROUP OF AMERICA, INC. |

TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 6 | 16−01026 | Ferguson et al v. Volkswagen Group of America, Inc. |

UTAH

| | | | |
|---|---|---|---|
| UT | 2 | 16−00787 | Hill v. Volkswagen Group of America et al |